William L. Schmidt
William L. Schmidt, Attorney at Law, P.C.
PO Box 25001, Fresno, CA 93729
PH: 559-261-2222

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE ESPINOZA, et al.<br><br>v.   Plaintiff(s)<br><br>CITY OF LOMPOC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-cv-08563-TJH-AGR<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that ___Rick Copeland___ may serve as the Panel Mediator in the above-captioned case. ___William Schmidt___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___11/29/22___ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: _____

Attorney For Plaintiff _____

Dated: 04/20/22

/s/: William Schmidt
Attorney For Plaintiff   William Schmidt

Dated: 04/20/22

/s/: Alison Flowers
Attorney For Defendant   Alison Flowers

Dated: _____

Attorney For Defendant _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)    STIPULATION REGARDING SELECTION OF PANEL MEDIATOR