# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIONNE ESPINOZA, individually and as successor-in-interest to KRYS BRANDON RUIZ, deceased; JAIME RUIZ, individually and as successor-in-interest to KRYS BRANDON RUIZ, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOMPOC, a governmental entity; ANDREW S. WHITE, individually; MAURICIO T. CALDERON, individually; JULIO C. CARRILLO-BUENO, individually, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-08563-TJH (AGRx)<br><br>Assigned for All Purposes to the Hon. Terry J. Hatter, Jr., Courtroom 9B<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE  [44]  [JS-6]**<br><br>[*Filed Concurrently with Filed Concurrently with Stipulation to Dismiss First Amended Complaint*]<br><br>Complaint Filed:   October 29, 2021<br>Trial Date:   Not Yet Set |

01079.0093/873371.1

Pursuant to the Stipulation to Dismiss First Amended Complaint with Prejudice filed by Plaintiffs DIONNE ESPINOZA and JAIME RUIZ, individually and as successors-in-interest to KRYS BRANDON RUIZ, (collectively, "Plaintiffs") and Defendants ANDREW S. WHITE, MAURICIO T. CALDERON, and JULIO C. CARRILLO-BUENO, individually, (collectively, "Defendants"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that the First Amended Complaint is hereby dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated: APRIL 27, 2023

_____
Honorable Terry J. Hatter, Jr.
United States District Judge